| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **WilksLaw**<br>**Misty Wilks**<br>**3818 Crenshaw Blvd # 445**<br>**Los Angeles, CA 90008-1813**<br>**Phone: (323) 540-4633**<br>**Email: misty@wilkslawoffice.com**<br>**Bar Number: 196327**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>**JUSTICE DAVIS**<br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:25-bk-17922-DS**<br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  10/07/2025    JUSTICE DAVIS _____    _____
                    Printed name of Debtor 1                  Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                               Page 1                               F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                    Printed name of Debtor 2                                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                                    **F 1002-1.EMP.INCOME.DEC**

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KF / I35 25181321 | 01/001 | 8876055 | 1 of 1 | |  |

Architect Inc
816 N Fairfax Ave Fl 2
Los Angeles, CA 90046-7208

Period Starting: 07/26/2025
Period Ending: 08/10/2025
Pay Date: 08/15/2025

Taxable Filing Status: Head Of Household
Exemptions/Allowances:           Tax Override:
  Federal:  Std W/H Table          Federal:  0.00 Addnl
  State:    0                      State:    0.00 Addnl
  Local:    0                      Local:
Social Security Number: XXX-XX-6352

Justice Davis
3191 N Grandeur Ave
Altadena, CA 91001

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 3333.34 | 50000.10 |
| Personal | 36.0600 | 8.00 | 0.00 | 0.00 |
| Royalties | | | 0.00 | 2923.02 |
| **Gross Pay** | | | **$3,333.34** | **$52,923.12** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -256.11 | 4081.46 |
| Social Security | -197.77 | 3155.88 |
| Medicare | -46.25 | 738.07 |
| California State Income | -63.42 | 1011.31 |
| California State DI | -38.28 | 610.82 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -143.51 | 2021.76 |
| ADP RS 401(k) loan 1 | -10.28 | 164.48 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Expense Report | 410.08 | 1507.10 |
| *Phone stipend | 50.00 | 400.00 |

| **Net Pay** | | **$3,037.80** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation Unlimited | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 999.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 999.00 |
| Personal | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 999.00 |
|   - Taken Hours | 8.00 | 16.00 |
|   - Balance | | 983.00 |
| Sick | | |
|   - Carry Over | | 48.00 |
|   - Accrued Hours | 0.00 | 48.00 |
|   - Taken Hours | 0.00 | 24.00 |
|   - Balance | | 24.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7122 | XXXXXXXXX | 3037.80 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $3,189.83
* Excluded from Federal taxable wages

---

Architect Inc
816 N Fairfax Ave Fl 2
Los Angeles, CA 90046-7208

Pay Date:    08/15/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7122 | XXXXXXXXX | 3037.80 |

**THIS IS NOT A CHECK**

Justice Davis
3191 N Grandeur Ave
Altadena, CA 91001

| Company Code | Loc/Dept | Number | Page | Earnings Statement |
|---|---|---|---|---|
| KF / I35 | 25181321 | 8849393 | 1 of 1 | |
| 01/001 | | | | |

Architect Inc
816 N Fairfax Ave Fl 2
Los Angeles, CA 90046-7208

ADP

Period Starting: 07/11/2025
Period Ending: 07/25/2025
Pay Date: 07/31/2025

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
 Federal:  Std W/H Table
 State:    0
 Local:    0
Tax Override:
 Federal:  0.00 Addnl
 State:    0.00 Addnl
 Local:
Social Security Number: XXX-XX-6352

Justice Davis
3191 N Grandeur Ave
Altadena, CA 91001

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3333.34 | 46666.76 |
| Royalties | | | 0.00 | 2923.02 |
| **Gross Pay** | | | **$3,333.34** | **$49,589.78** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -256.11 | 3825.35 |
| Social Security | -197.76 | 2958.11 |
| Medicare | -46.26 | 691.82 |
| California State Income | -63.42 | 947.89 |
| California State DI | -38.28 | 572.54 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -143.51 | 1878.25 |
| ADP RS 401(k) loan 1 | -10.28 | 154.20 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Expense Report | 0.00 | 1097.02 |
| *Phone stipend | 0.00 | 350.00 |

| | | |
|---|---|---|
| **Net Pay** | | **$2,577.72** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 999.00 |
|  - Taken Hours | 0.00 | 8.00 |
|  - Balance | | 991.00 |
| Vacation Unlimited | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 999.00 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 999.00 |
| Sick | | |
|  - Carry Over | | 48.00 |
|  - Accrued Hours | 0.00 | 48.00 |
|  - Taken Hours | 0.00 | 24.00 |
|  - Balance | | 24.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7122 | XXXXXXXX | 2577.72 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $3,189.83
* Excluded from Federal taxable wages

Architect Inc
816 N Fairfax Ave Fl 2
Los Angeles, CA 90046-7208

Pay Date:   07/31/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7122 | XXXXXXXX | 2577.72 |

Justice Davis
3191 N Grandeur Ave
Altadena, CA 91001

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| KF / I35 | 25181321 | 01/001 | 8815145 | 1 of 1 | |

**Earnings Statement**   ADP

Architect Inc
816 N Fairfax Ave Fl 2
Los Angeles, CA 90046-7208

Period Starting: 06/26/2025
Period Ending: 07/10/2025
Pay Date: 07/15/2025

Taxable Filing Status: Head Of Household
Exemptions/Allowances:          Tax Override:
  Federal:  Std W/H Table         Federal: 0.00 Addnl
  State:    0                     State:   0.00 Addnl
  Local:    0                     Local:
Social Security Number: XXX-XX-6352

Justice Davis
3191 N Grandeur Ave
Altadena, CA 91001

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 3333.34 | 43333.42 |
| Vacation | 36.0600 | 32.00 | 0.00 | 0.00 |
| Holiday | 36.0600 | 8.00 | 0.00 | 0.00 |
| Royalties | | | 0.00 | 2923.02 |
| **Gross Pay** | | | **$3,333.34** | **$46,256.44** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -256.94 | 3569.24 |
| Social Security | -198.20 | 2760.35 |
| Medicare | -46.35 | 645.56 |
| California State Income | -63.72 | 884.47 |
| California State DI | -38.36 | 534.26 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -136.65 | 1734.74 |
| ADP RS 401(k) loan 1 | -10.28 | 143.92 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Expense Report | 275.08 | 1097.02 |
| *Phone stipend | 50.00 | 350.00 |
| **Net Pay** | **$2,907.92** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 999.00 |
|   - Taken Hours | 0.00 | 8.00 |
|   - Balance | | 991.00 |
| Vacation Unlimited | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 999.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 999.00 |
| Sick | | |
|   - Carry Over | | 48.00 |
|   - Accrued Hours | 0.00 | 48.00 |
|   - Taken Hours | 0.00 | 24.00 |
|   - Balance | | 24.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7122 | XXXXXXXXX | 2907.92 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $3,196.69
* Excluded from Federal taxable wages

---

Architect Inc
816 N Fairfax Ave Fl 2
Los Angeles, CA 90046-7208

Pay Date:    07/15/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7122 | XXXXXXXXX | 2907.92 |

Justice Davis
3191 N Grandeur Ave
Altadena, CA 91001