Misty D. Wilks, SBN 196327
WILKSLAW
3818 Crenshaw Boulevard
Los Angeles, CA 90043
(202) 276-4789 Voice,
(877) 264-8779 Fax
misty@wilkslawoffice.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In Re:

JUSTICE N. DAVIS

)  Chapter 13
)
)  Case No. 2:25-bk-17922-DS
)
)  **DECLARATION IN OPPOSITION TO**
)  **MOTION FOR RELIEF FROM STAY**
)
)  **Hearing**
)  Date: October 28, 2025
)  Time: 1:00 PM
)  Place: 255 E. Temple Street
)  Los Angeles, CA 90012
)
)

1. I, Misty Wilks, am currently the attorney of record in the above captioned case. This case was initially filed pro se.

2. I state on information and belief that Debtor, Justice Davis and/or others acting on behalf of Ms. Davis have attempted to submit payment to Canvas LA for current and past rent on several occasions.

3. On or about October 3, 2025 I was contacted by Debtor's father stating that he was trying to pay Ms. Davis' rent for October but it was rejected and/or Movant was non responsive as to how to submit payment post bankruptcy wherein automatic payments would've been halted.

4. Debtor's father emailed me a copy of a cashier's check made payable to Canvas LA for $2325.

5. As I was (am) still getting caught up on the relevant issues, strategies, etc. in this case, I thought the most efficient way to facilitate payment was to call/email for instructions on how to submit payment directly. I left clear messages and sent an email clearly stating who I was and that I was trying to facilitate payment on behalf of Justice Davis and asking for instructions on how to do so. No one has responded. I last attempted to contact them on October 7, 2025.

6. The amount of Movant's claim and the supposed trigger for the Motion for Relief from Stay to pursue an eviction is for **one** months rent totaling $2325.

7. On October 7, 2025 Debtor filed a feasible Chapter 13 plan that proposes full payment of the outstanding $2325 in arrears. October's rent can be submitted whenever Canvas LA is ready to accept it and provides clear instructions on how/where it should be submitted.

8. The undersigned believes Movant is acting in bad faith insofar as
    a. Movant refused/rejected payment prior to the bankruptcy
    b. Movant has refused/rejected or failed to facilitate payment since the bankruptcy
    c. Movant alleges Debtor has not paid October rent, but that is only because Movant will not accept October rent.
    d. According to the Motion for Relief, Movant is attempting to evict Debtor for missing one month's rent ($2325) which she has tried to pay.

/s/ Misty D. Wilks  
Misty D. Wilks  
WilksLaw