| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Misty Wilks sbn #196327<br>3818 Crenshaw Blvd., #445<br>Los Angeles, CA 90008<br>323-540-4633 \| 877-264-8779(f)<br>misty@wilkslawoffice.com<br><br>☐ *Respondent appearing without attorney*<br>☒ *Attorney for Respondent*:JUSTICE DAVIS | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA · LOS ANGELES DIVISION**

| In re:<br><br>JUSTICE N. DAVIS<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-17922<br>CHAPTER: 13<br><br>**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**<br><br>DATE: 10/28/2025<br>TIME: 10:21 pm<br>COURTROOM: 1639<br>PLACE:<br>    255 E. TEMPLE STREET<br>    LOS ANGELES, CA 90012 |
|---|---|
| **Movant:** CANVAS LA, LLC | |

**Respondent:**    ☒ Debtor    ☐ trustee    ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
>
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
>
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**
   The Respondent does not oppose the granting of the Motion.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2. ☐ **LIMITED OPPOSITION**

   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*): _____ and the reason for this request is (*specify*):

   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

      The Debtor:
      (1) ☐ has no knowledge of the Property.
      (2) ☐ has no interest in the Property.
      (3) ☐ has no actual possession of the Property.
      (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit ____.

3. ☒ **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☐ The Motion was not properly served (*specify*):

      (1) ☐ Not all of the required parties were served.
      (2) ☐ There was insufficient notice of the hearing.
      (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

   b. ☒ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

      (1) ☐ The value of the Property is $ _____, based upon (*specify*):

      (2) ☐ Total amount of debt (loans) on the Property is $ _____.

      (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit ____.

      (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit ____.

      (5) ☒ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit 1____.

      (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit ____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit ____.

      (7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit ____.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☒ Other (*specify*):
Creditor moves in bad faith, has refused payment and failed to respond to counsel by phone/email when she tried to the facilitate payment. Arrears are only for ONE months rent which they rejected.

c. ☒ Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter ___ to chapter ___.

(2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☒ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☒ are current, or ☐ will be cured by the hearing date on this motion.

(4) ☐ The Debtor has equity in the Property in the amount of $ _____.

(5) ☐ Movant has an equity cushion of $ _____ or _____ % which is sufficient to provide adequate protection.

(6) ☒ The Property is necessary for an effective reorganization because (*specify*):
Debtor needs to be housed so that she can continue to work and make her plan payments. This would be in the best interet of all creditors, especially movant who will be paid in full.

(7) ☒ The motion should be denied because (*specify*):
Movant continues to reject payment. Counsel contacted Movant to submit rent. They will not return her calls/emails. Debtor is holding Oct's rent to submit anytime. The other ONE months rent is in the plan.

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☐ Declaration by the Debtor              ☒ Declaration by the Debtor's attorney
☐ Declaration by trustee                 ☐ Declaration by trustee's attorney
☐ Declaration by appraiser               ☐ Other (*specify*):

Date: 10/13/2025

WilksLaw
Printed name of law firm for Respondent (if applicable)

Misty Wilks
Printed name of individual Respondent or attorney for Respondent

/s/ Misty Wilks
Signature of individual Respondent or attorney for Respondent

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Misty D. Wilks, SBN 196327
WILKSLAW
3818 Crenshaw Boulevard
Los Angeles, CA 90043
(202) 276-4789 Voice,
(877) 264-8779 Fax
misty@wilkslawoffice.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In Re:

JUSTICE N. DAVIS

) Chapter 13
)
) Case No. 2:25-bk-17922-DS
)
) **DECLARATION IN OPPOSITION TO**
) **MOTION FOR RELIEF FROM STAY**
)
) **Hearing**
) Date: October 28, 2025
) Time: 1:00 PM
) Place: 255 E. Temple Street
) Los Angeles, CA 90012
)
)

1. I, Misty Wilks, am currently the attorney of record in the above captioned case. This case was initially filed pro se.

2. I state on information and belief that Debtor, Justice Davis and/or others acting on behalf of Ms. Davis have attempted to submit payment to Canvas LA for current and past rent on several occasions.

3. On or about October 3, 2025 I was contacted by Debtor's father stating that he was trying to pay Ms. Davis' rent for October but it was rejected and/or Movant was non responsive as to how to submit payment post bankruptcy wherein automatic payments would've been halted.

4. Debtor's father emailed me a copy of a cashier's check made payable to Canvas LA for $2325.

Page 1

5. As I was (am) still getting caught up on the relevant issues, strategies, etc. in this case, I thought the most efficient way to facilitate payment was to call/email for instructions on how to submit payment directly. I left clear messages and sent an email clearly stating who I was and that I was trying to facilitate payment on behalf of Justice Davis and asking for instructions on how to do so. No one has responded. I last attempted to contact them on October 7, 2025.

6. The amount of Movant's claim and the supposed trigger for the Motion for Relief from Stay to pursue an eviction is for **one** months rent totaling $2325.

7. On October 7, 2025 Debtor filed a feasible Chapter 13 plan that proposes full payment of the outstanding $2325 in arrears. October's rent can be submitted whenever Canvas LA is ready to accept it and provides clear instructions on how/where it should be submitted.

8. The undersigned believes Movant is acting in bad faith insofar as
    a. Movant refused/rejected payment prior to the bankruptcy
    b. Movant has refused/rejected or failed to facilitate payment since the bankruptcy
    c. Movant alleges Debtor has not paid October rent, but that is only because Movant will not accept October rent.
    d. According to the Motion for Relief, Movant is attempting to evict Debtor for missing one month's rent ($2325) which she has tried to pay.

/s/ Misty D. Wilks
Misty D. Wilks
WilksLaw

Page   2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3818 Crenshaw Blvd #445 Los Angeles, CA 90008

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Agop Gary Arakelian     gary.arakelian@kts-law.com
Kathy A Dockery (TR)    EFiling@LATrustee.com
Amitkumar Sharma        amit.sharma@aisinfo.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
Misty Wilks     misty@wilkslawoffice.com, go4urs@recap.email

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10-14-2025 | Misty Wilks | /s/ Misty Wilks |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.