**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>**JUSTICE DAVIS**<br><br><br>DEBTOR(S). | Case No: 2:25-bk-17922-DS<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF NOTICE OF RESCHEDULED HEARING**<br><br>Docket # (32) |

| In re: **JUSTICE DAVIS** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:25-bk-17922-DS** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED HEARING**", Docket # (32) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 10/21/25, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 10/17/25, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/21/25 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                     F 9013-3.1

| In re: **JUSTICE DAVIS** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:25-bk-17922-DS** |

**Service List**

## Notice of Electronic Filing Service

| | |
|---|---|
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Misty Wilks | misty@wilkslawoffice.com;go4urs@recap.email |
| Amitkumar Sharma | amit.sharma@aisinfo.com |
| Agop Gary Arakelian | gary.arakelian@kts-law.com |

### Email Service

| | |
|---|---|
| WILKSLAW | Los Angeles Division |
| Ally Servicing LLC | Canvas LA, LLC |
| US Dept. of Education | ALLY BANK DEPARTMENT |
| CAPITAL ONE, NA | ADVANCED MANAGEMENT COMPANY |
| Credit One Bank Na | Lvnv Funding Llc |
| STYL RESIDENTIAL | Uplift/Celtic Bank |
| US DEPARTMENT OF EDUCATION | ALLY BANK |
| Justice Davis justicendavis@gmail.com | |

### U.S. Mail Service

| | |
|---|---|
| ADVANCED MANAGEMENT COMPANY<br>FOR CANVAS LA LLC<br>138 N BEAUDRY AVE<br>LOS ANGELES, CA 90012-3363 | ALLY BANK<br>PAYMENT PROCESSING CENTER<br>PO BOX 660618<br>DALLAS, TX 75266 |
| ALLY BANK DEPARTMENT<br>AIS PORTFOLIO SERVICES LP<br>4515 N. SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK 73118 | Ally Servicing LLC<br>PO Box 380901<br>Bloomington, MN 55438 |
| Canvas LA, LLC<br>138 N Beaudry Ave<br>Los Angeles, CA 90012 | CAPITAL ONE, NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012 |
| Lvnv Funding Llc<br>Po Box 1269<br>Greenville, SC 29602 | STYL RESIDENTIAL<br>FOR CANVAS LA LLC<br>138 N BEAUDRY AVE<br>LOS ANGELES, CA 90012 |
| Uplift/Celtic Bank<br>440 N Wolfe Rd.<br>Sunnyvale, CA 94085 | US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>Greenville, TX 75403 |
| US Dept. of Education<br>400 Maryland Ave SW<br>Washington, DC 20002 | WILKSLAW<br>3818 CRENSHAW BLVD #445<br>LOS ANGELES, CA 90008-1813 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: **JUSTICE DAVIS** | CHAPTER: 13 |
|---|---|
|  | CASE NUMBER: **2:25-bk-17922-DS** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED HEARING**", Docket # (32) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 10/21/25, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/21/25 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: **JUSTICE DAVIS** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:25-bk-17922-DS** |

## Service List

### U.S. Mail Service

ADVANCED MANAGEMENT COMPANY
FOR CANVAS LA LLC
138 N BEAUDRY AVE
LOS ANGELES, CA 90012-3363

ALLY BANK
PAYMENT PROCESSING CENTER
PO BOX 660618
DALLAS, TX 75266

ALLY BANK DEPARTMENT
AIS PORTFOLIO SERVICES LP
4515 N. SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

Ally Servicing LLC
PO Box 380901
Bloomington, MN 55438

Canvas LA, LLC
138 N Beaudry Ave
Los Angeles, CA 90012

CAPITAL ONE, NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

Lvnv Funding Llc
Po Box 1269
Greenville, SC 29602

STYL RESIDENTIAL
FOR CANVAS LA LLC
138 N BEAUDRY AVE
LOS ANGELES, CA 90012

Uplift/Celtic Bank
440 N Wolfe Rd.
Sunnyvale, CA 94085

US DEPARTMENT OF EDUCATION
PO BOX 5609
Greenville, TX 75403

US Dept. of Education
400 Maryland Ave SW
Washington, DC 20002

WILKSLAW
3818 CRENSHAW BLVD #445
LOS ANGELES, CA 90008-1813

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                            **F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Justice Davis  CASE NUMBER: 2517922
DEBTOR 2 NAME:  PRINT JOB ID:   253492

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___10/21/2025___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

ADVANCED MANAGEMENT COMPANY;FOR CANVAS LA LLC;138 N BEAUDRY AVE;LOS ANGELES, CA  90012-3363
ALLY BANK DEPARTMENT;AIS PORTFOLIO SERVICES LP;4515 N. SANTA FE AVE. DEPT. APS;OKLAHOMA CITY, OK  73118
ALLY BANK;PAYMENT PROCESSING CENTER;PO BOX 660618;DALLAS, TX  75266
Ally Servicing LLC;PO Box 380901;Bloomington, MN  55438
CAPITAL ONE, NA;BY AIS INFOSOURCE LP AS AGENT;PO BOX 71083;CHARLOTTE, NC  28272
Canvas LA, LLC;138 N Beaudry Ave;Los Angeles, CA  90012
Credit One Bank Na;Po Box 98875;Las Vegas, NV  89193
Los Angeles Division;255 East Temple Street,;Los Angeles, CA  90012
Lvnv Funding Llc;Po Box 1269;Greenville, SC  29602
STYL RESIDENTIAL;FOR CANVAS LA LLC;138 N BEAUDRY AVE;LOS ANGELES, CA  90012
US DEPARTMENT OF EDUCATION;PO BOX 5609;Greenville, TX  75403
US Dept. of Education;400 Maryland Ave SW;Washington, DC  20002
Uplift/Celtic Bank;440 N Wolfe Rd.;Sunnyvale, CA  94085
WILKSLAW;3818 CRENSHAW BLVD #445;LOS ANGELES, CA  90008-1813

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :___10/21/2025___    Signature : ___Robert J. Wallace, Jr.___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED 341(a) Meeting of Creditors
# ZOOM Meeting ID and Passcode

| IN RE: | CHAPTER 13 |
|---|---|
| Justice Davis | CASE NO.: LA25-17922-DS |
| | **CONTINUED 341(A)** |
| | DATE: November 14, 2025 |
| | TIME: 3:00 pm |
| DEBTOR(S) | LOCATION: ZOOM VIDEO MEETING |
| | ZOOM MEETING ID: 846 017 0046 |
| | ZOOM PASSCODE: 9958780177 |

## MANDATORY DOCUMENTS DUE PRIOR TO 341(a) MEETING OF CREDITORS

Debtors must submit the following mandatory documents to their Bankruptcy Attorney prior to the 341(a) Meeting of Creditors:

- Picture of your Social Security Card
- Picture of your Driver's License
- Evidence of your Bankruptcy Plan Payments

Debtor attorneys can upload the required documents to the Chapter 13 Trustee on The Attorney Portal at LATrustee.com. Debtor attorneys must register online to use The Attorney Portal. For more information, contact support@latrustee.com.

**FAILURE TO TIMELY ATTEND YOUR REMOTE 341(a) MEETING OF CREDITORS, SUBMIT THE MANDATORY DOCUMENTS OR TENDER YOUR BANKRUPTCY PLAN PAYMENTS TO THE CHAPTER 13 TRUSTEE MAY CAUSE YOUR BANKRUPTCY CASE TO GET DISMISSED.**

**Dated:** 10/17/25

*/s/ Kathy A. Dockery*
Kathy A. Dockery
Chapter 13 Trustee