## KATHY A. DOCKERY, CHAPTER 13 TRUSTEE

**Justice Davis**

**REQUIREMENTS FOR YOUR UPCOMING 341(a) MEETING OF CREDITORS**

**Case Number:** 25-17922-DS

**Your Bankruptcy Attorney:** WILKSLAW

---

### YOUR 341(a) MEETING OF CREDITORS WILL BE CONDUCTED REMOTELY VIA ZOOM

Please use the Zoom Link and Meeting ID below to access your 341(a) Meeting of Creditors.

**Date and Time: 12/5/25 3:00 PM**
**Zoom Meeting Link: https://us02web.zoom.us/j/8460170046**
**Zoom Meeting ID: 846 017 0046**
**Zoom Meeting Passcode: 9958780177**

The Zoom app can be downloaded to your cell phone, tablet or computer. The instructions for downloading and accessing Zoom for your video and audio appearance are attached to this letter.

---

### REQUIRED BANKRUPTCY PLAN PAYMENTS

You are required to commence your bankruptcy payments to the Chapter 13 Trustee prior to your 341(a) Meeting of Creditors. You must make your bankruptcy plan payments electronically through TFS and at MoneyGram locations using TFS.



Enroll with TFS to make online payments or payments through MoneyGram.
(888)PAY-CH13
tfsbillpay.com

**You must provide evidence of your bankruptcy plan payments to your Bankruptcy Attorney prior to your 341(a) Meeting of Creditors.**

---

### MANDATORY DOCUMENTS

**PLEASE PROVIDE THE FOLLOWING MANDATORY DOCUMENTS TO YOUR BANKRUPTCY ATTORNEY PRIOR TO YOUR 341(a)MEETING OF CREDITORS:**

**Picture of your Social Security Card**
**Picture of your Driver License**
**Evidence of your Bankruptcy Payments -TFS Transaction Status**

---

**FAILURE TO APPEAR AT YOUR 341(a) MEETING OF CREDITORS, PROVIDE EVIDENCE OF YOUR BANKRUPTCY PAYMENTS OR EMAIL THE MANDATORY DOCUMENTS TO YOUR BANKRUPTCY ATTORNEY MAY CAUSE YOUR CASE TO GET DISMISSED.**

**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**

**341(a) Meeting of Creditors Examinations are Conducted on Zoom**
**IMPORTANT - Debtor Zoom Instructions**

| | **Before your Scheduled 341(a) Meeting of Creditors** |
|---|---|
| 1 | Download the Zoom App to your Smart Phone, Laptop or Tablet |
| 2 | Schedule a Zoom Session with your Attorney to test Zoom. |
| | |
| | **Day of your 341(a) Meeting of Creditors** |
| 3 | Join the Zoom Meeting **15 minutes** before your scheduled time. |
| 4 | On your Zoom App, click "**Join a Meeting**" |
| 5 | **Enter your Meeting ID: 846 017 0046** <br> **Enter your Passcode: 9958780177** |
| 6 | Join with your Video. |
| 7 | Connect your Audio. |
| 8 | You will enter the Meeting Room. |
| | |
| | **Rename Your Display Name Tile** |
| 9 | Hover over your Video and Click the three dots (…) |
| 10 | Select **Rename**. A box will appear where you can type in your Zoom Display Name. <br> **Justice Davis 2517922** <br> **Click OK.** |
| | |
| | **Entering the Breakout Room for your Examination** <br> **Breakout Rooms are Identified by Debtor Last Name and Case Number** |
| 11 | Click the Breakout Rooms Icon. |
| 12 | Join the Breakout Room with your Name and Case Number. |
| 13 | Wait in the Breakout Room for your 341(a) Meeting of Creditors Examination. |
| | |
| | **After the Conclusion of your** <br> **341(a) Meeting of Creditors Examination** |
| | |
| 14 | When your Examination is over, click **"Leave Meeting"** |