KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| | |
|---|---|
| IN RE:<br><br>Justice Davis<br><br><br><br>DEBTOR(S) | CHAPTER 13<br><br>CASE NO.: LA25-17922-DS<br><br>**NOTICE OF RESCHEDULED CONFIRMATION HEARING**<br><br>DATE:    December 18, 2025<br>TIME      1:30 pm<br>PLACE:  Roybal Building<br>             Courtroom 1639 - 16th Floor<br>             255 East Temple Street<br>             Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE THAT the previously scheduled CONFIRMATION HEARING will now occur at the time and place listed above.**

Dated:  **11/14/25**

_/s/ Kathy A. Dockery_
_____

**Kathy A. Dockery**
**Chapter 13 Trustee**