| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Misty Wilks sbn #196327<br>3818 Crenshaw Blvd., #445<br>Los Angeles, CA 90008<br>323-540-4633 \| 877-264-8779(f)<br>misty@wilkslawoffice.com<br><br><br><br><br>*Attorney for:* JUSTICE DAVIS | FOR COURT USE ONLY    **EXHIBIT 2** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JUSTICE N. DAVIS<br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-17922<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 13 |
|---|---|
| <br><br>Plaintiff(s),<br>vs.<br><br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Misty D. Wilks, Attorney
   Justice Davis, Debtor

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

   None.


3. New attorney hereby appears in the following matters:    ☐ the bankruptcy case    ☐ the adversary proceeding

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Misty Wilks

Date: 12/01/2025

_____  _____
Signature of party                                                        Signature of *second* party (if applicable)

Misty Wilks                                                                    Justice Davis
Printed name of party                                                  Printed name of *second* party (if applicable)

_____  _____
Signature of *third* party (if applicable)                        Signature of *fourth* party (if applicable)

_____  _____
Printed name of *third* party (if applicable)                  Printed name of *fourth* party (if applicable)


I consent to the above substitution.

Date: 12/01/2025

_____
Signature of present attorney

Misty Wilks
Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Date: 12/01/2025


_____
Signature of new attorney

_____
Printed name of new attorney


**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.