| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| N. Stephen Vokshori (SBN 245570)<br>Vokshori Law Group, APLC<br>1010 Wilshire Blvd., Ste. 1404<br>Los Angeles, California 90017<br><br>Telephone: (213) 986-4323<br>Facsimile: (310) 881-6996<br>Email: bankruptcy@voklaw.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Vernon David Harm Behrens,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-11182-NB<br>CHAPTER: 13<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]**<br><br>[No hearing required] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) N. Stephen Vokshori and Vokshori Law Group, APLC ,
   filed a motion or application (Motion) entitled MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF N. STEPHEN VOKSHORI IN SUPPORT THEREOF .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR 2091-1(c) ; or

   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 1      **F 9013-1.2.NO.HEARING.NOTICE**

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 10/17/2025

/s/ N. Stephen Vokshori
Signature of Movant or attorney for Movant

N. Stephen Vokshori (SBN 245570)
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 2      F 9013-1.2.NO.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1010 Wilshire Blvd., Ste. 1404, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/17/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Creditor JP Morgan Chase Bank and US Bank Trust N.A., as Trustee by: ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com, jdelmotte@aldridgepite.com; Kathy A Dockery (TR): EFIling@LATrustee.com; US Bank Trust, N.A. by: dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com, sferry@raslg.com, sean.ferry7@ecfcourtdrive.com; United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/17/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor's Next Friend:
Jennifer Behrens
215 Oakwell Drive
Walnut, CA 91789

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/2025 | Carson Harris | /s/ Carson Harris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 9013-1.2.NO.HEARING.NOTICE

```
Label Matrix for local noticing          JPMorgan Chase Bank, NA                  Scolopax, LLC
0973-2                                   c/o NewRez LLC d/b/a Shellpoint Mortgage c/o Weinstein & Riley, PS
Case 2:22-bk-11182-NB                    PO Box 10826                             1415 Western Avenue
Central District of California           Greenville, SC 29603-0826                Suite 700
Los Angeles                                                                       Seattle, WA 98101-2051
Fri Oct 17 11:45:54 PDT 2025

                                                                                  American Express National Bank
                                                                                  c/o Becket and Lee LLP
                                                                                  PO Box 3001
                                                                                  Malvern  PA 19355-0701


Amex                                     Buena Park Nursing Center                Directv, LLC
Correspondence/Bankruptcy                Attn: Doris Le                           by American InfoSource as agent
Po Box 981540                            850 Western Avenue                       PO Box 5072
El Paso, TX 79998-1540                   Buena Park, CA 90620                     Carol Stream, IL  60197-5072


FRANCHISE TAX BOARD                      General Board of Higher Education        Internal Revenue Service
BANKRUPTCY SECTION MS A340               PO Box 340007                            PO Box 7346
PO BOX 2952                              Nashville, TN 37203-0007                 Philadelphia, PA 19101-7346
SACRAMENTO CA 95812-2952


JPMorgan Chase Bank, National Association Medicredit                              Navient
c/o Shellpoint Mortgage Servicing        Patient Financial Services               Attn: Bankruptcy
PO Box 10826                             PO Box 911570                            Po Box 9640
Greenville, SC 29603-0826                Denver, CO 80291-1570                    Wilkes-Barr, PA 18773-9640


(p)PLAZA SERVICES  LLC                   Plaza Services, LLC                      SLM   BANK
ATTN MANNY WILLIAMS                      PO BOX 1931                              C/O Navient Solutions, LLC.
110 HAMMOND DRIVE                        Burlingame, CA 94011-1931                PO BOX 9640
SUITE 110                                                                         Wilkes-Barre, PA 18773-9640
ATLANTA GA 30328-4806


Select Portfolio Servicing, Inc SPS      Shellpoint Mortgage Servicing            U.S. Bank Trust National Association
Attn: Bankruptcy                         PO Box 10826                             c/o Select Portfolio Servicing, Inc.
Po Box 65250                             Greenville, SC 29603-0826                P.O. Box 65250
Salt Lake City, UT 84165-0250                                                     Salt Lake City, UT 84165-0250


US Bank Trust National Association, et al. Jennifer Sue Behrens
NewRez LLC DBA Shellpoint Mortgage Servi   215 Oakwell Srive
Bankruptcy Department                      Walnut, CA 91789
PO Box 10826
Greenville, SC 29603-0826
```





    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).